IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3109 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MICHAEL LOUIS AVIDANO, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant moves for temporary release from custody on February 1, 2011 so he can visit his newborn baby, scheduled to be delivered on January 31, 2011. (Filing No. 29). The government does not oppose the motion. Accordingly,

IT IS ORDERED:

1) Defendant's motion, (filing no. 29), is granted.

2) On February 1, 2011 at 9:00 a.m., the Marshal shall release the defendant from the Saline County Jail to the custody and supervision of the Federal Public Defender's Office. The defendant shall either be released in street clothes, or with street clothes to change into before he arrives at the hospital to see his newborn child.

3) During his release, the defendant shall be supervised by FPD investigator, Tim Domgard under the terms and conditions set forth in defendant's motion, and the defendant shall comply with all those terms and conditions and all directions received from Mr. Domgard.

4) By 1:30 p.m. on February 1, 2011, FPD investigator Tim Domgard shall return the defendant to the Saline County Jail for re-entry into the Marshal's custody.

5) The FPD's Office shall promptly advise the undersigned magistrate judge if the defendant fails to comply with any term or condition of this temporary release, or any direction received from any FPD officer, including Mr. Domgard, during the temporary release.

DATED this 15th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge