IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3109 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MICHAEL LOUIS AVIDANO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Defendant's motion, (filing no. 40), is granted.

2) On February 14, 2011 at 8:30 a.m., the Marshal shall release the defendant to the custody and supervision of the Federal Public Defender's Office. The defendant shall be released in street clothes.

3) During his release, the defendant shall be supervised by the Federal Public Defender's Office under the terms and conditions set forth in defendant's motion, and the defendant shall comply with all those terms and conditions and all directions received from his counsel, or those acting on Mr. Hansen's behalf.

4) Unless other arrangements are made with the Marshal's office, by 2:00 p.m. on February 14, 2011, the FPD shall return the defendant to the Marshal's custody.

5) The FPD's Office shall promptly advise the undersigned magistrate judge if the defendant fails to comply with any term or condition of this temporary release, or any direction received from anyone within the FPD's office during the temporary release.

DATED this 11th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge