IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:10CR3109 |
| MICHAEL AVIDANO, | ) ) ) |
| Defendant. | ) |

### **ORDER**

THIS MATTER comes before the Court on Defendant's Request to File A Restricted Motion, filing 44. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file Defendant's Brief and Index of Evidence restricted.

IT IS FURTHER ORDERED that said Brief and Index be made available to case participants only.

Dated March 24, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge